# Brantley & Son v. Williams.

APPEAL from Bullock Chancery Court.

Heard before the Hon. JERE N. WILLIAMS.

JOHN D. GARDNER, for appellants.

NORMAN & SON, *contra.*

The bill in this case was filed by the appellee again
the appellants; and sought to have certain deeds se
aside and cancelled as void, and for an injunctio
against the said T. K. Brantley and T. J. Brantley, an
for such other and further relief as they might be e
titled to.    The chancellor granted the relief prayed fo
Affirmed.

Opinion by McCLELLAN, J.